

# THE THIRTEENTH COURT OF APPEALS

13-12-00578-CV

DIANA PAREDES
v.
MARIO LIMON

On Appeal from the
214th District Court of Nueces County, Texas
Trial Cause No. 2011-FAM-631-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and remanded to the trial court. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

March 20, 2014